IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUMEBI KACHIKWU, and ) <br> ) <br> SOMACHI KACHIKWU, ) <br> ) <br> ) <br> Defendants. ) <br> _____) | Case No. 8:21-cv-01546-GJH |

## THE UNITED STATES OF AMERICA'S REQUEST TO ENTER DEFAULT JUDGMENT UNDER RULE 55(B)(1)

### TO THE CLERK OF THE COURT:

The United States of America request that default judgment be entered against Defendants Dumebi and Somachi Kachikwu pursuant to Fed. R. Civ. P. 55(b)(1) for federal income tax liabilities for 2019-2011. In support, the United States submits the Declarations of Trial Attorney Benton T. Morton and IRS Revenue Officer James Miller, and Defendants' Account Transcripts as Exhibits A-B.

    A.    *Default Was Entered Properly under Federal Rule of Civil Procedure 55(a).*

On June 22, 2021, the United States filed a complaint seeking to collect unpaid federal income taxes from the Defendants. (ECF No. 1). On June 26, 2021, Defendants were personally served with the summons and complaint. (Morton Decl. ¶ 4, (citing Summonses Returned Executed, ECF Nos. 6 and 7)). Their response was due by July 19, 2021, as required by Fed. R. Civ. P. 12(a)(1)(A)(i). (Morton Decl. ¶ 5). When they failed to respond, the United States requested entry of default. (Morton Decl. ¶ 6 (citing Request for Entry of Default, ECF No. 8)). On

September 23, 2021, the Clerk entered default against the Defendants for failure to answer or otherwise respond. (Morton Decl. ¶ 7 (citing Clerk's Entry of Default, ECF No. 9)).

    B.  *Default Judgment is Proper under Federal Rule of Civil Procedure 55(b)(1).*

It is proper for the Clerk to enter default judgment because all the requirements of Rule 55(b)(1) are met here. Fed. R. Civ. P. 55(b)(1). First, the clerk has entered default due to the Defendants' failure to appear or otherwise respond. (Section A, *supra*). Second, the Defendants are neither minor nor incompetent. (Morton Decl. ¶¶ 8-9, Sept. 22, 2021, ECF. No. 8-1). Lastly, the relief requested is for a sum certain as set forth in the Declaration of IRS Revenue Officer James Miller and the attached Defendants' account transcripts for 2009-2011. The United States previously has established that the defendants are not active members of the United States Uniformed Services. (Morton Decl. ¶¶ 6-7, ECF No. 8-1).

As alleged in the complaint, the Defendants were indebted to the United States for federal income taxes for 2009, in the amount of $55,132 as of June 14, 2021, with interest and statutory additions accruing after that date until paid in full. (Compl. ¶ 7; Miller Decl., ¶¶ 5-6; Ex. A, Account Trs. as of June 14, 2021 1-4). Additionally, Dumebi Kachikwu was indebted to the United States for federal income taxes for 2010 and 2011, in the amount of $1,981,156 as of June 14, 2021, with interest and statutory additions accruing after that date until paid in full. (Compl. ¶ 13; Miller Decl., ¶¶ 8-9; Ex. A, Account Trs. as of June 14, 2021, 5-12).

Interest and statutory additions accruing after June 14, 2021 have caused the Defendants' federal income tax liabilities for 2009-2011 to increase. (Miller Decl. ¶¶ 7, 10; Ex. B, Account Trs. as of March 2, 2022). Accordingly, Dumebi and Somachi Kachikwu's federal income tax liabilities for 2009 increased to **$56,389** as of **March 2, 2022**, with interest and statutory additions accruing after that date according to law until paid in full. (Miller Decl., ¶¶ 5, 7; Ex. B, Account Trs. as of

March 2, 2022 1-3). Dumebi Kachikwu's federal income tax liabilities for 2010 and 2011 increased to **$2,026,111** as of **March 2, 2022**, with interest and statutory additions accruing after that date according to law until paid in full. (Miller Decl., ¶¶ 8, 10; Ex. B, Account Trs. as of March 2, 2022 4-9).

Accordingly, all of the requirements of Rule 55(b)(1) are met, and the Clerk should enter default judgment.

**WHEREFORE**, the United States respectfully requests that the Clerk or Court enter default judgment under Fed. R. Civ. P. 55(b)(1) and grant the following relief:

A.  Default judgment in favor of the Plaintiff the United States of America and against the Defendants Dumebi and Somachi Kachikwu's for their federal income tax liabilities for 2009, in the amount of $56,389 as of March 2, 2022, with statutory additions, and interest accruing after that date until paid in full.

B.  Default judgment in favor of the Plaintiff the United States of America and against Defendant Dumebi Kachikwu for his federal income tax liabilities for 2010-2011, in the amount of $2,026,111 as of March 2, 2022, with statutory additions and interest accruing after that date until paid in full.

DATE: March 17, 2022

        Respectfully submitted,

        DAVID A. HUBBERT
        Deputy Assistant Attorney General

        s/ Benton T. Morton
        BENTON THOMAS MORTON
        OLGA L. TOBIN
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 227, Ben Franklin Station
        Washington, D.C. 20044

|       |                        |
|-------|------------------------|
| Tel:  | (202) 598-6285 (Morton) |
|       | (202) 307-6322 (Tobin)  |
| Fax:  | (202) 514-6866          |
| Email:| Olga.L.Tobin@usdoj.gov  |
|       | Benton.T.Morton@usdoj.gov |