IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )     Case No. 8:21-cv-01546-GJH |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUMEBI KACHIKWU, and | ) |
| | ) |
| SOMACHI KACHIKWU, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DECLARATION OF IRS REVENUE OFFICER JAMES E. MILLER IN SUPPORT OF
THE UNITED STATES OF AMERICA'S MOTION FOR DEFAULT JUDGMENT**

The undersigned declares as follows:

1.      I am a duly commissioned Revenue Officer with the Internal Revenue Service (Service or IRS) post of duty in Rockville, Maryland.

2.      As a Revenue Officer, I am responsible for, among other things, conducting tax assessments and collection activities on behalf of the IRS and assisting the Office of Chief Counsel and the Department of Justice in tax matters.

3.      I have personal knowledge of the facts set forth in this declaration, and, if called upon to testify to said facts, could do so competently.

4.      This declaration is provided in reference to the unpaid federal income tax liabilities of Dumebi Kachikwu and Somachi Kachikwu for the 2009 tax year and Dumebi Kachikwu for the 2010 and 2011 tax years.

5.      The records in the Office of the IRS disclose the following unpaid federal income tax liabilities of Dumebi Kachikwu and Somachi Kachikwu for the 2009 tax year:

| Tax Period Ending | Assessment Date | Tax Assessment | Total Due as of June 14, 2021 | Total Due as of Mar. 2, 2022 |
|---|---|---|---|---|
| 12/31/2009 | 05/23/2011 | $17,551 | $55,137 | $56,389 |
| | 08/13/2012 | $13,456 | | |

6.　　By virtue of the unpaid federal income tax liabilities described in paragraph 5, above, Dumebi Kachikwu and Somachi Kachikwu were indebted to the United States in the amount of **$55,137** as of **June 14, 2021** for the 2009 tax year, with interest and statutory additions accruing after that date until paid in full.

7.　　Due to the accrual of statutory interest and additions after June 14, 2021 according to law, Dumebi Kachikwu and Somachi Kachikwu were indebted to the United State in the amount of **$56,389** as of March 2**, 2022**, plus interest and statutory additions accruing after that date according to law until paid in full.

8.　　The records in the Office of the IRS disclose the following unpaid federal income tax liabilities of Dumebi Kachikwu for the 2010 and 2011 tax years:

| Tax Period Ending | Assessment Date | Tax Assessment | Total Due as of June 14, 2021 | Total Due as of Mar. 2, 2022 |
|---|---|---|---|---|
| 12/31/10 | 04/02/2012 | $33,741 | $1,013,747 | $1,036,750 |
| | 05/02/2017 | $572,028 | | |
| 12/31/11 | 05/02/2017 | $596,346 | $967,409 | $989,361 |
| Total | | | $1,981,156 | $2,026,111 |

9.　　By virtue of the unpaid federal income tax liabilities described in paragraph 8, above, Dumebi Kachikwu was indebted to the United States in the amount of **$1,981,156** as of **June 14, 2021** for the 2010 and 2011 tax years, with interest and statutory additions accruing after that date until paid in full.

10.　　Due to the accrual of statutory interest and additions after June 14, 2021 according to law, Dumebi Kachikwu was indebted to the United State in the amount of **$2,026,111** as of

March 02**, 2022**, plus interest and statutory additions accruing after that date according to law until paid in full.

11.     True and correct copies of the IRS account transcripts corroborating the liabilities identified in paragraphs 5 and 8 above as of June 14, 2021 are attached as Exhibit A and as of March 2, 2022 are attached as Exhibit B.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on March 2, 2022

_james miller_

_____

James E. Miller
Revenue Officer
United States Internal Revenue Service
Rockville, Maryland