IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUMEBI KACHIKWU, and ) <br> ) <br> SOMACHI KACHIKWU, ) <br> ) <br> ) <br> Defendants. ) <br> _____) | Case No. 8:21-cv-01546-GJH |

**DECLARATION OF BENTON T. MORTON**
**IN SUPPORT OF THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT**

I, Benton T. Morton, pursuant to 28 U.S.C. § 1746, declare as follows:

1. The undersigned is a Trial Attorney with the Tax Division, United States Department of Justice, and in such capacity represents the Plaintiff, the United States of America, in this action.

2. On June 22, 2021, the United States filed a complaint with the U.S. District Court for the District of Maryland against the Defendants Dumebi and Somachi Kachikwu. (Compl., ECF No. 1).

3. On June 23, 2021, the Clerk of Court issued summonses as to the Defendant. (Summons Issued, ECF No. 2).

4. On June 26, 2021, Defendants Dumebi and Somachi Kachikwu were personally served with the summons and complaint at 8524 Churchill Downs Rd, Gaithersburg, Maryland 20882-1442. (Summonses Returned Executed, ECF Nos. 6 and 7).

5.       The Defendants were required to respond to the United States' complaint by July 19, 2021. (Morton Decl. 4, Sept. 21, 2021, ECF. No. 8-1).

6.       The Defendants did not respond, and the United States filed a Request for Entry of Default on September 22, 2021. (Request for Entry of Default, ECF No. 8).

7.       On September 23, 2021, the Clerk entered default against the Defendants for failure to answer or otherwise respond. (ECF No. 9, *see also* Notices of Default, ECF. No. 10-11).

8.       As of the date of filing of the motion for default judgment, the Defendants have not answered or otherwise responded to the complaint.

9.       I declare under penalty of perjury that, to the best of my knowledge and belief, the foregoing is true and correct.

DATE: March 17, 2022

                                                    BENTON THOMAS MORTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: 202-598-6285
Fax: 202-514-6866
Email: Benton.T.Morton@usdoj.gov