06/02/2021 10:18:10 AM -0500 IRS　　　　　　　　　　　　　　　PAGE 2    OF 6

Case 8:21-cv-01546-GJH   Document 12-3   Filed 03/17/22   Page ...



Exhibit A



# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

```
                                            Request Date: 06-02-2021
                                           Response Date: 06-02-2021
                                         Tracking Number: 100827784919

                        Account Transcript

FORM NUMBER: 1040             TAX PERIOD: Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER:        ███████
SPOUSE TAXPAYER IDENTIFICATION NUMBER: ███████

DUMEBI & SOMACHI KACHIKWU


          --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        54,002.55
ACCRUED INTEREST:        1,129.07       AS OF: Jun. 14, 2021
ACCRUED PENALTY:             0.00       AS OF: Jun. 14, 2021

ACCOUNT BALANCE
    PLUS ACCRUALS
    (this is not a
    payoff amount):     55,131.62

              ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:             06
FILING STATUS:          Married Filing Joint
ADJUSTED GROSS
    INCOME:            181,127.00
TAXABLE INCOME:        134,443.00
TAX PER RETURN:         17,551.00
SE TAXABLE INCOME
    TAXPAYER:          106,800.00
SE TAXABLE INCOME
    SPOUSE:             28,863.00
TOTAL SELF
    EMPLOYMENT TAX:     21,967.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Feb. 09, 2011
PROCESSING DATE                                               May  23, 2011
```

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>09221-043-72700-1 | 20111908 | 05-23-2011 | $17,551.00 |
| 960 | Appointed representative | | 01-20-2011 | $0.00 |
| 766 | Credit to your account | | 04-15-2010 | -$758.00 |
| 766 | Credit to your account | | 04-15-2010 | -$1,850.00 |
| 166 | Penalty for filing tax return after the due date 00-00-0000 | 20111908 | 05-23-2011 | $3,362.17 |
| 276 | Penalty for late payment of tax | 20111908 | 05-23-2011 | $1,046.01 |
| 196 | Interest charged for late payment | 20111908 | 05-23-2011 | $779.40 |
| 971 | Notice issued | | 05-23-2011 | $0.00 |
| 420 | Examination of tax return | | 11-03-2011 | $0.00 |
| 163 | Penalty for filing tax return after the due date | 20123105 | 08-13-2012 | $7,707.50 |
| 240 | Miscellaneous penalty<br>IRC 6662(c), (d), (e), (f), (g), or (h) Accuracy-Related Penalty<br>00-00-0000<br>19247-607-30238-2 | 20123105 | 08-13-2012 | $3,177.40 |
| 767 | Reduced or removed credit to your account | | 04-15-2010 | $1,850.00 |
| 767 | Reduced or removed credit to your account | | 04-15-2010 | $581.00 |
| 300 | Additional tax assessed by examination<br>00-00-0000<br>19247-607-30238-2 | 20123105 | 08-13-2012 | $13,456.00 |
| 421 | Closed examination of tax return | | 08-13-2012 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 08-13-2012 | $0.00 |
| 971 | Notice issued | | 08-13-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 07-31-2012 | $0.00 |

| Code | Description | Date | Amount |
|---|---|---|---|
| 971 | Collection due process Notice of Intent to Levy -- issued | 07-31-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | 08-22-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | 08-25-2012 | $0.00 |
| 161 | Reduced or removed penalty for filing tax return after the due date | 08-13-2012 | -$11,069.67 |
| 271 | Reduced or removed penalty for late payment of tax | 02-11-2013 | -$1,046.01 |
| 290 | Additional tax assessed 28254-762-05636-2 | 20130405 02-11-2013 | $0.00 |
| 971 | Notice issued | 02-11-2013 | $0.00 |
| 971 | Pending installment agreement | 07-01-2013 | $0.00 |
| 971 | Installment agreement established | 07-02-2013 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 07-19-2013 | $0.00 |
| 360 | Fees and other expenses for collection | 08-12-2013 | $6.00 |
| 670 | Payment | 07-16-2013 | -$2,000.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 07-25-2013 | $0.00 |
| 960 | Appointed representative | 11-04-2013 | $0.00 |
| 971 | Tax period blocked from automated levy program | 03-10-2014 | $0.00 |
| 960 | Appointed representative | 02-14-2014 | $0.00 |
| 971 | No longer in installment agreement status | 03-03-2014 | $0.00 |
| 971 | Notice issued | 03-09-2015 | $0.00 |

| 196 | Interest charged for late payment | 20150705 03-09-2015 | $4,983.91 |
| 276 | Penalty for late payment of tax | 20150705 03-09-2015 | $6,661.49 |
| 530 | Balance due account currently not collectable - not due to hardship | 09-08-2015 | $0.00 |
| 531 | Account currently considered collectable | 08-29-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 12-05-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | 12-05-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | 12-05-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | 12-05-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 12-05-2017 | $0.00 |
| 971 | First Levy Issued on Module | 01-25-2018 | $0.00 |
| 670 | Payment | 04-03-2018 | -$2,058.38 |
| 971 | Notice issued | 10-07-2019 | $0.00 |
| 196 | Interest charged for late payment | 20193805 10-07-2019 | $9,274.62 |
| 971 | Passport certified seriously delinquent tax debt | 11-11-2019 | $0.00 |
| 971 | Notice issued | 10-05-2020 | $0.00 |
| 196 | Interest charged for late payment | 20203805 10-05-2020 | $2,348.11 |
| 971 | Passport certified seriously delinquent tax debt | 04-19-2021 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 10-08-2020 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Case 8:21-cv-01546-GJH   Document 12-3   Filed 03/17/22   Page 5 of 12



### Internal Revenue Service
#### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 06-02-2021
Response Date: 06-02-2021
Tracking Number: 100827784919

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER:          ███████

DUMEBI KACHIWU
8524 CHURCHILL DOWNS RD
GAITHERSBURG, MD 20882-1442-243

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:       992,985.81
ACCRUED INTEREST:      20,760.85       AS OF: Jun. 14, 2021
ACCRUED PENALTY:       0.00            AS OF: Jun. 14, 2021

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):    1,013,746.66

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:            01
FILING STATUS:         Single
ADJUSTED GROSS
   INCOME:             1,533,218.00
TAXABLE INCOME:        1,522,249.00
TAX PER RETURN:        33,741.00
SE TAXABLE INCOME
   TAXPAYER:           0.00
SE TAXABLE INCOME
   SPOUSE:             0.00
TOTAL SELF
   EMPLOYMENT TAX:     0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Apr. 18, 2011

PROCESSING DATE                                                           Apr. 02, 2012

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>18221-028-59546-2 | 20121205 | 04-02-2012 | $33,741.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2011 | -$154,374.00 |
| 460 | Extension of time to file tax return<br>ext. Date 10-15-2011 | | 04-15-2011 | $0.00 |
| 599 | Tax return secured | | 01-27-2012 | $0.00 |
| 960 | Appointed representative | | 02-08-2012 | $0.00 |
| 570 | Additional account action pending | | 04-02-2012 | $0.00 |
| 971 | Notice issued | | 06-18-2012 | $0.00 |
| 420 | Examination of tax return | | 07-12-2012 | $0.00 |
| 960 | Appointed representative | | 11-04-2013 | $0.00 |
| 960 | Appointed representative | | 02-14-2014 | $0.00 |
| 807 | Reduced or removed W-2 or 1099 withholding | | 04-15-2011 | $154,374.00 |
| 300 | Additional tax assessed by examination<br>00-00-0000<br>49247-563-10107-4 | 20142505 | 07-07-2014 | $0.00 |
| 176 | Penalty for not pre-paying tax<br>00-00-0000 | 20142505 | 07-07-2014 | $356.07 |
| 560 | IRS can assess tax until | | 07-18-2014 | $0.00 |
| 300 | Additional tax assessed by examination<br>00-00-0000<br>17247-707-10019-4 | 20144505 | 11-24-2014 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 11-06-2014 | $0.00 |
| 530 | Balance due account currently not collectable - not due to hardship | | 09-08-2015 | $0.00 |
| 240 | Miscellaneous penalty<br>IRC 6662(c), (d), (e), (f), (g), or<br>(h) Accuracy-Related Penalty | 20171905 | 05-02-2017 | $95,338.00 |

|     |                                                                                      |            |             |
|-----|--------------------------------------------------------------------------------------|------------|-------------|
|     | 00-00-0000                                                                           |            |             |
|     | 29251-122-13500-7                                                                    |            |             |
| 300 | Additional tax assessed by examination - quick assessment 20171905                   | 05-02-2017 | $476,690.00 |
|     | 29251-122-13500-7                                                                    |            |             |
| 190 | Interest charged for late payment                    20171905                        | 05-02-2017 | $124,666.27 |
| 300 | Additional tax assessed by examination 20172105                                      | 06-12-2017 | $0.00       |
|     | 00-00-0000                                                                           |            |             |
|     | 28247-544-70006-7                                                                    |            |             |
| 421 | Closed examination of tax return                                                     | 06-12-2017 | $0.00       |
| 521 | Removed bankruptcy or other legal action                                             | 05-24-2017 | $0.00       |
| 537 | Account currently considered collectable                                             | 09-25-2017 | $0.00       |
| 537 | Account currently considered collectable                                             | 09-25-2017 | $0.00       |
| 971 | First Levy Issued on Module                                                          | 11-27-2017 | $0.00       |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed              | 12-05-2017 | $0.00       |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed             | 12-05-2017 | $0.00       |
| 971 | Collection due process Notice of Intent to Levy -- issued                            | 12-05-2017 | $0.00       |
| 582 | Lien placed on assets due to balance owed                                            | 12-15-2017 | $0.00       |
| 360 | Fees and other expenses for collection                                               | 01-08-2018 | $6.00       |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing             | 12-19-2017 | $0.00       |
| 971 | First Levy Issued on Module                                                          | 07-31-2018 | $0.00       |
| 582 | Lien placed on assets due to balance owed                                            | 11-09-2018 | $0.00       |

| Code | Description | Cycle | Date | Amount |
|---|---|---|---|---|
| 971 | Notice issued | | 10-07-2019 | $0.00 |
| 196 | Interest charged for late payment | 20193805 | 10-07-2019 | $91,404.14 |
| 276 | Penalty for late payment of tax | 20193805 | 10-07-2019 | $127,607.75 |
| 971 | Passport certified seriously delinquent tax debt | | 11-11-2019 | $0.00 |
| 971 | Notice issued | | 10-05-2020 | $0.00 |
| 196 | Interest charged for late payment | 20203805 | 10-05-2020 | $43,176.58 |
| 520 | Bankruptcy or other legal action filed | | 10-08-2020 | $0.00 |

This Product Contains Sensitive Taxpayer Data


### Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 06-02-2021
Response Date: 06-02-2021
Tracking Number: 100827784919

Account Transcript

FORM NUMBER: 1040A            TAX PERIOD: Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER:  ███████

DUMEBI KACHIWU
8524 CHURCHILL DOWNS RD
GAITHERSBURG, MD 20882-1442-243


--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:       947,597.19
ACCRUED INTEREST:       19,811.88     AS OF: Jun. 14, 2021
ACCRUED PENALTY:             0.00     AS OF: Jun. 14, 2021

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):    967,409.07

         ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:             01
FILING STATUS:          Single
ADJUSTED GROSS
    INCOME:             13,603.70
TAXABLE INCOME:         13,508.70
TAX PER RETURN:              0.00
SE TAXABLE INCOME
    TAXPAYER:                0.00
SE TAXABLE INCOME
    SPOUSE:                  0.00
TOTAL SELF
    EMPLOYMENT TAX:          0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Jun. 12, 2013

PROCESSING DATE                                                Jul. 08, 2013

                              TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS<br>28210-888-00000-3 | | 07-08-2013 | $0.00 |
| 960 | Appointed representative | | 02-08-2012 | $0.00 |
| 460 | Extension of time to file tax return<br>ext. Date 10-15-2012 | | 04-12-2012 | $0.00 |
| 140 | Inquiry for non-filing of tax return | | 04-15-2013 | $0.00 |
| 971 | Notice issued | | 05-06-2013 | $0.00 |
| 595 | Account referred for review | | 07-08-2013 | $0.00 |
| 570 | Additional account action pending | | 07-08-2013 | $0.00 |
| 420 | Examination of tax return | | 06-21-2013 | $0.00 |
| 960 | Appointed representative | | 11-04-2013 | $0.00 |
| 960 | Appointed representative | | 02-14-2014 | $0.00 |
| 300 | Additional tax assessed by examination<br>00-00-0000<br>17247-707-10020-4 | 20144505 | 11-24-2014 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 11-06-2014 | $0.00 |
| 240 | Miscellaneous penalty<br>29251-122-13501-7 | 20171905 | 05-02-2017 | $146,288.35 |
| 300 | Additional tax assessed by examination - quick assessment<br>29251-122-13501-7 | 20171905 | 05-02-2017 | $450,118.00 |
| 170 | Penalty for not pre-paying tax<br>00-00-0000 | 20171905 | 05-02-2017 | $816.43 |
| 190 | Interest charged for late payment | 20171905 | 05-02-2017 | $114,897.12 |
| 197 | Reduced or removed interest charged for late payment | | 05-29-2017 | -$15,039.21 |
| 300 | Additional tax assessed by examination | 20172105 | 06-12-2017 | $0.00 |

```
                    00-00-0000
                    28247-544-70007-7

421    Closed examination of tax return          06-12-2017        $0.00

521    Removed bankruptcy or other legal         05-24-2017        $0.00
       action

270    Penalty for late payment of tax    20173405 09-11-2017  $112,529.50

290    Additional tax assessed            20173405 09-11-2017        $0.00
       28254-635-06771-7

196    Interest charged for late payment  20173405 09-11-2017    $8,067.09

971    Notice issued                               09-11-2017        $0.00

971    First Levy Issued on Module                 11-27-2017        $0.00

971    Collection due process Notice of            12-05-2017        $0.00
       Intent to Levy -- issued

971    Collection due process Notice of            12-05-2017        $0.00
       Intent to Levy -- refused or unclaim
       ed

971    Collection due process Notice of            12-05-2017        $0.00
       Intent to Levy -- return receipt
       signed

582    Lien placed on assets due to                12-15-2017        $0.00
       balance owed

971    Issued notice of lien filing and            12-19-2017        $0.00
       right to Collection Due Process hear
       ing

971    First Levy Issued on Module                 07-31-2018        $0.00

582    Lien placed on assets due to                11-09-2018        $0.00
       balance owed

971    Notice issued                               10-07-2019        $0.00

196    Interest charged for late payment  20193805 10-07-2019    $88,716.89

971    Passport certified seriously                11-11-2019        $0.00
       delinquent tax debt

971    Notice issued                               10-05-2020        $0.00
```

```
196   Interest charged for late payment    20203805 10-05-2020         $41,203.02

520   Bankruptcy or other legal action              10-08-2020              $0.00
      filed
```

This Product Contains Sensitive Taxpayer Data