Case 8:21-cv-01546-GJH   Document 12-4   Filed 03/17/22   Page ■ of ■

Exhibit B



This Product Contains Sensitive Taxpayer Data

# Account Transcript

```
                                    Request Date:      03-02-2022
                                    Response Date:     03-02-2022
                                    Tracking Number:   101703167722

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2009


TAXPAYER IDENTIFICATION NUMBER:           XXX-XX-■■■■
SPOUSE TAXPAYER IDENTIFICATION NUMBER:    XXX-XX-■■■■

DUME & SOMA KACH
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
         --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                              54,008.55
ACCRUED INTEREST:                              2,380.20   AS OF: Mar. 14, 2022
ACCRUED PENALTY:                                   0.00   AS OF: Mar. 14, 2022


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                56,388.75


                ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                          06
FILING STATUS:                        Married Filing Joint
ADJUSTED GROSS INCOME:                       181,127.00
TAXABLE INCOME:                              134,443.00
TAX PER RETURN:                               17,551.00
SE TAXABLE INCOME TAXPAYER:                  106,800.00
SE TAXABLE INCOME SPOUSE:                     28,863.00
TOTAL SELF EMPLOYMENT TAX:                    21,967.00
```

```
RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Feb. 09, 2011
PROCESSING DATE                                                 May  23, 2011
```

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20111908 | 05-23-2011 | $17,551.00 |
| n/a | 09221-043-72700-1 | | | |
| 960 | Appointed representative | | 01-20-2011 | $0.00 |
| 766 | Credit to your account | | 04-15-2010 | -$758.00 |
| 766 | Credit to your account | | 04-15-2010 | -$1,850.00 |
| 166 | Penalty for filing tax return after the due date 00-00-0000 | 20111908 | 05-23-2011 | $3,362.17 |
| 276 | Penalty for late payment of tax | 20111908 | 05-23-2011 | $1,046.01 |
| 196 | Interest charged for late payment | 20111908 | 05-23-2011 | $779.40 |
| 971 | Notice issued CP 0014 | | 05-23-2011 | $0.00 |
| 420 | Examination of tax return | | 11-03-2011 | $0.00 |
| 163 | Penalty for filing tax return after the due date | 20123105 | 08-13-2012 | $7,707.50 |
| 240 | Miscellaneous penalty IRC 6662(c), (d), (e), (f), (g), or (h) Accuracy-Related Penalty 00-00-0000 | 20123105 | 08-13-2012 | $3,177.40 |
| n/a | 19247-607-30238-2 | | | |
| 767 | Reduced or removed credit to your account | | 04-15-2010 | $1,850.00 |
| 767 | Reduced or removed credit to your account | | 04-15-2010 | $581.00 |
| 300 | Additional tax assessed by examination 00-00-0000 | 20123105 | 08-13-2012 | $13,456.00 |
| n/a | 19247-607-30238-2 | | | |
| 421 | Closed examination of tax return | | 08-13-2012 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 08-13-2012 | $0.00 |
| 971 | Notice issued CP 0021 | | 08-13-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 07-31-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 07-31-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 08-22-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 08-25-2012 | $0.00 |
| 161 | Reduced or removed penalty for filing tax return after the due date | | 08-13-2012 | -$11,069.67 |

| Code | Description | Cycle/Ref | Date | Amount |
|---|---|---|---|---|
| 271 | Reduced or removed penalty for late payment of tax | | 02-11-2013 | -$1,046.01 |
| 290 | Additional tax assessed 00-00-0000 | 20130405 | 02-11-2013 | $0.00 |
| n/a | 28254-762-05636-2 | | | |
| 971 | Notice issued CP 0021 | | 02-11-2013 | $0.00 |
| 971 | Pending installment agreement | | 07-01-2013 | $0.00 |
| 971 | Installment agreement established | | 07-02-2013 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 07-19-2013 | $0.00 |
| 360 | Fees and other expenses for collection | | 08-12-2013 | $6.00 |
| 670 | Payment Levy | | 07-16-2013 | -$2,000.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 07-25-2013 | $0.00 |
| 960 | Appointed representative | | 11-04-2013 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 03-10-2014 | $0.00 |
| 960 | Appointed representative | | 02-14-2014 | $0.00 |
| 971 | No longer in installment agreement status | | 03-03-2014 | $0.00 |
| 971 | Notice issued CP 071C | | 03-09-2015 | $0.00 |
| 196 | Interest charged for late payment | 20150705 | 03-09-2015 | $4,983.91 |
| 276 | Penalty for late payment of tax | 20150705 | 03-09-2015 | $6,661.49 |
| 530 | Balance due account currently not collectible - not due to hardship | | 09-08-2015 | $0.00 |
| 531 | Account currently considered collectible | | 08-29-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 12-05-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 12-05-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 12-05-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 12-05-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 12-05-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 01-25-2018 | $0.00 |
| 670 | Payment Levy | | 04-03-2018 | -$2,058.38 |
| 971 | Notice issued CP 071D | | 10-07-2019 | $0.00 |
| 196 | Interest charged for late payment | 20193805 | 10-07-2019 | $9,274.62 |
| 971 | Passport certified seriously delinquent tax debt | | 11-11-2019 | $0.00 |
| 971 | Notice issued CP 071D | | 10-05-2020 | $0.00 |

| Code | Description | Cycle | Date | Amount |
|---|---|---|---|---|
| 196 | Interest charged for late payment | 20203805 | 10-05-2020 | $2,348.11 |
| 971 | Passport certified seriously delinquent tax debt | | 04-19-2021 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 10-08-2020 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 05-28-2021 | $0.00 |
| 360 | Fees and other expenses for collection | | 06-21-2021 | $6.00 |
| 960 | Appointed representative | | 08-17-2021 | $0.00 |

This Product Contains Sensitive Taxpayer Data


Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

```
                                         Request Date:      03-02-2022
                                         Response Date:     03-02-2022
                                         Tracking Number:   101703167722

FORM NUMBER:        1040
TAX PERIOD:         Dec. 31, 2010


TAXPAYER IDENTIFICATION NUMBER:    XXX-XX


DUME KACH
8524 C


<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
          --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                             992,985.81
ACCRUED INTEREST:                             43,763.82    AS OF: Mar. 14, 2022
ACCRUED PENALTY:                                   0.00    AS OF: Mar. 14, 2022


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):             1,036,749.63


              ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                         01
FILING STATUS:                                  Single
ADJUSTED GROSS INCOME:                       1,533,218.00
TAXABLE INCOME:                              1,522,249.00
TAX PER RETURN:                                 33,741.00
SE TAXABLE INCOME TAXPAYER:                          0.00
SE TAXABLE INCOME SPOUSE:                            0.00
TOTAL SELF EMPLOYMENT TAX:                           0.00
```

```
RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Apr. 18, 2011
PROCESSING DATE                                                 Apr. 02, 2012
```

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20121205 | 04-02-2012 | $33,741.00 |
| n/a | 18221-028-59546-2 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2011 | -$154,374.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2011 | | 04-15-2011 | $0.00 |
| 599 | Tax return secured | | 01-27-2012 | $0.00 |
| 960 | Appointed representative | | 02-08-2012 | $0.00 |
| 570 | Additional account action pending | | 04-02-2012 | $0.00 |
| 971 | Notice issued CP 005A | | 06-18-2012 | $0.00 |
| 420 | Examination of tax return | | 07-12-2012 | $0.00 |
| 960 | Appointed representative | | 11-04-2013 | $0.00 |
| 960 | Appointed representative | | 02-14-2014 | $0.00 |
| 807 | Reduced or removed W-2 or 1099 withholding | | 04-15-2011 | $154,374.00 |
| 300 | Additional tax assessed by examination 00-00-0000 | 20142505 | 07-07-2014 | $0.00 |
| n/a | 49247-563-10107-4 | | | |
| 176 | Penalty for not pre-paying tax 00-00-0000 | 20142505 | 07-07-2014 | $356.07 |
| 560 | IRS can assess tax until 12-28-2015 | | 07-18-2014 | $0.00 |
| 300 | Additional tax assessed by examination 00-00-0000 | 20144505 | 11-24-2014 | $0.00 |
| n/a | 17247-707-10019-4 | | | |
| 520 | Bankruptcy or other legal action filed | | 11-06-2014 | $0.00 |
| 530 | Balance due account currently not collectible - not due to hardship | | 09-08-2015 | $0.00 |
| 240 | Miscellaneous penalty IRC 6662(c), (d), (e), (f), (g), or (h) Accuracy-Related Penalty 00-00-0000 | 20171905 | 05-02-2017 | $95,338.00 |
| n/a | 29251-122-13500-7 | | | |
| 300 | Additional tax assessed by examination - quick assessment | 20171905 | 05-02-2017 | $476,690.00 |
| n/a | 29251-122-13500-7 | | | |
| 190 | Interest charged for late payment | 20171905 | 05-02-2017 | $124,666.27 |

| Code | Description | Cycle | Date | Amount |
|---|---|---|---|---|
| 300 | Additional tax assessed by examination<br>00-00-0000 | 20172105 | 06-12-2017 | $0.00 |
| n/a | 28247-544-70006-7 | | | |
| 421 | Closed examination of tax return | | 06-12-2017 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 05-24-2017 | $0.00 |
| 537 | Account currently considered collectable | | 09-25-2017 | $0.00 |
| 537 | Account currently considered collectable | | 09-25-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 11-27-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 12-05-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 12-05-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 12-05-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 12-15-2017 | $0.00 |
| 360 | Fees and other expenses for collection | | 01-08-2018 | $6.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 12-19-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 07-31-2018 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-09-2018 | $0.00 |
| 971 | Notice issued<br>CP 071D | | 10-07-2019 | $0.00 |
| 196 | Interest charged for late payment | 20193805 | 10-07-2019 | $91,404.14 |
| 276 | Penalty for late payment of tax | 20193805 | 10-07-2019 | $127,607.75 |
| 971 | Passport certified seriously delinquent tax debt | | 11-11-2019 | $0.00 |
| 971 | Notice issued<br>CP 071D | | 10-05-2020 | $0.00 |
| 196 | Interest charged for late payment | 20203805 | 10-05-2020 | $43,176.58 |
| 520 | Bankruptcy or other legal action filed | | 10-08-2020 | $0.00 |
| 960 | Appointed representative | | 08-17-2021 | $0.00 |

This Product Contains Sensitive Taxpayer Data



```
                This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

```
                                        Request Date:    03-02-2022
                                        Response Date:   03-02-2022
                                        Tracking Number: 101703167722

FORM NUMBER:         1040A
TAX PERIOD:          Dec. 31, 2011


TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-████


DUME KACH
8524 C


<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

          --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                             947,597.19
ACCRUED INTEREST:                             41,763.41    AS OF: Mar. 14, 2022
ACCRUED PENALTY:                                   0.00    AS OF: Mar. 14, 2022


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):               989,360.60


                ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                         01
FILING STATUS:                                  Single
ADJUSTED GROSS INCOME:                       13,603.70
TAXABLE INCOME:                              13,508.70
TAX PER RETURN:                                   0.00
                                                  0.00
SE TAXABLE INCOME TAXPAYER:
                                                  0.00
SE TAXABLE INCOME SPOUSE:
TOTAL SELF EMPLOYMENT TAX:                        0.00
```

```
RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Jun. 12, 2013
PROCESSING DATE                                                 Jul. 08, 2013
```

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS | | 07-08-2013 | $0.00 |
| n/a | 28210-888-00000-3 | | | |
| 960 | Appointed representative | | 02-08-2012 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2012 | | 04-12-2012 | $0.00 |
| 140 | Inquiry for non-filing of tax return | | 04-15-2013 | $0.00 |
| 971 | Notice issued CP 0059 | | 05-06-2013 | $0.00 |
| 595 | Account referred for review | | 07-08-2013 | $0.00 |
| 570 | Additional account action pending | | 07-08-2013 | $0.00 |
| 420 | Examination of tax return | | 06-21-2013 | $0.00 |
| 960 | Appointed representative | | 11-04-2013 | $0.00 |
| 960 | Appointed representative | | 02-14-2014 | $0.00 |
| 300 | Additional tax assessed by examination 00-00-0000 | 20144505 | 11-24-2014 | $0.00 |
| n/a | 17247-707-10020-4 | | | |
| 520 | Bankruptcy or other legal action filed | | 11-06-2014 | $0.00 |
| 240 | Miscellaneous penalty 00-00-0000 | 20171905 | 05-02-2017 | $146,288.35 |
| n/a | 29251-122-13501-7 | | | |
| 300 | Additional tax assessed by examination - quick assessment | 20171905 | 05-02-2017 | $450,118.00 |
| n/a | 29251-122-13501-7 | | | |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20171905 | 05-02-2017 | $816.43 |
| 190 | Interest charged for late payment | 20171905 | 05-02-2017 | $114,897.12 |
| 197 | Reduced or removed interest charged for late payment | | 05-29-2017 | -$15,039.21 |
| 300 | Additional tax assessed by examination 00-00-0000 | 20172105 | 06-12-2017 | $0.00 |
| n/a | 28247-544-70007-7 | | | |
| 421 | Closed examination of tax return | | 06-12-2017 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 05-24-2017 | $0.00 |
| 270 | Penalty for late payment of tax | 20173405 | 09-11-2017 | $112,529.50 |

| Code | Description | Cycle/Ref | Date | Amount |
|---|---|---|---|---|
| 290 | Additional tax assessed 00-00-0000 | 20173405 | 09-11-2017 | $0.00 |
| n/a | 28254-635-06771-7 | | | |
| 196 | Interest charged for late payment | 20173405 | 09-11-2017 | $8,067.09 |
| 971 | Notice issued CP 0022 | | 09-11-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 11-27-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 12-05-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 12-05-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 12-05-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 12-15-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 12-19-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 07-31-2018 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-09-2018 | $0.00 |
| 971 | Notice issued CP 071D | | 10-07-2019 | $0.00 |
| 196 | Interest charged for late payment | 20193805 | 10-07-2019 | $88,716.89 |
| 971 | Passport certified seriously delinquent tax debt | | 11-11-2019 | $0.00 |
| 971 | Notice issued CP 071D | | 10-05-2020 | $0.00 |
| 196 | Interest charged for late payment | 20203805 | 10-05-2020 | $41,203.02 |
| 520 | Bankruptcy or other legal action filed | | 10-08-2020 | $0.00 |
| 960 | Appointed representative | | 08-17-2021 | $0.00 |

This Product Contains Sensitive Taxpayer Data