IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 8:21-cv-01546-GJH |
| v. | ) |
| DUMEBI KACHIKWU, and | ) |
| SOMACHI KACHIKWU, | ) |
| Defendants. | ) |

**ORDER GRANTING DEFAULT JUDGMENT**

Upon the motion for default judgment filed by Plaintiff, United States of America, against Defendants, Dumebi Kachikwu and Somachi Kachikwu, the Court hereby **ORDERS**, **ADJUDGES**, and **DECREES** that:

A.  The United States of America's motion for default judgment is **GRANTED** pursuant to Federal Rule of Civil Procedure 55(b); and it is further adjudged, ordered, and decreed that

B.  Default judgment is granted in favor of the Plaintiff the United States of America and against the Defendants Dumebi and Somachi Kachikwu's for their federal income tax liabilities for 2009, in the amount of $56,389 as of March 2, 2022, with statutory additions, and interest accruing after that date until paid in full.

C.  Default judgment is granted in favor of the Plaintiff the United States of America and against the Defendant Dumebi Kachikwu for his federal income tax liabilities for 2010-2011, in the amount of $2,026,111 as of March 2, 2022, with statutory additions and interest accruing after that date until paid in full.

Dated this _____ day of _____, 2022.

                                          HON. CATHERINE M. STAVLAS, Clerk of Court

                                          By:_____
                                              Deputy Clerk